UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Walter Iwachiw

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Board of Election for the City of New York, Robert Morgan III, City of New York, Board of Elections for the State of New York, New York State, Curtis Sliwa, William Pepitone, Fernando Mateo, Marvin Jeffcoat, Sara Tirchwell

**COMPLAINT**

Jury Trial: ☐ Yes  ☒ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Walter Iwachiw    RN SPNP SFNP SJD
            Street Address    48 35 41 street
            County, City      Queens, Sunnyside, Long Island City
            State & Zip Code  New York 11104
            Telephone Number  3472390965  9294781940

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: board of elections for the city of new york and new york city
Street Address: 32 Broadway
County, City: New York, New York City
State & Zip Code: New York 10004

Defendant No. 2
Name: Robert Morgan III
Street Address: 55 east end Avenue
County, City: New York, New York City
State & Zip Code: new york 10028

Defendant No. 3
Name: Board of Elections for the State of New York and state of new york
Street Address: 40 north pearl street
County, City: albany
State & Zip Code: ny 12277

Defendant No. 4 affected candidates
Name: Curtis Sliwa, William Pepitone, Fernando Mateo, Marvin Jeffcoat, Sara Tirchwell
Street Address:
County, City: no addresses or contact info provided by boe nyc cru unit.
State & Zip Code:

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[x] Federal Questions      [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff      [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? equal protection of the law under the fourteenth amendment of the constitution. A. covid 2020 vs covid 2021  B. # of signatures adjusted for designating petitions vs # of signatures required for the independent petitions not reduced  C. in March 2020 the signature requirement cancelled by executive order at same level of infections by Covid as existed in March 2021 but no elimination of signature requirements.

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.   Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur?   NYC

B.  What date and approximate time did the events giving rise to your claim(s) occur?
march 2020  designating and independent  petitioning period during covid pandemic and march 2021 designating and independent petitioning period with same level of corona virus infections as 2020 period and 2021 has new variants doubling every 2 weeks which infect vaccined people as in india and britian.

C.  Facts: The NYC Board of Elections since 2001 has kept Walter Iwachiw off the ballot by implementing any one of a thousand deficiencies to block ballot access and voter choice. In 2001 George Spitz was allowed onto the democratic ballot without the required number of signatures but 3 green party members including Walter Iwachiw were denied ballot access for the same reason as george spitz.

On April 13 2021 the board of elections for NYC removed Walter Iwachiw as primary republican mayoral candidate citing one cant hold 2 offices at the same time but this is just the petitioning period and premature to remove a candidate with opportunity to refuse an office before or after election. Defective Objections were filed by Robert Morgan III.

On april 14 2021 the board of elections for NYC removed Walter Iwachiw from the city council primary for district 26 citing one could not hold two offices at the same time but since the board of elections already removed Walter Iwachiw on 4-13 from the mayoral race there was only one race left, which was city council but they removed walter Iwachiw for the same premature reason cant hold 2 offices at once.

march 2020  designating and independent  petitioning period occurred during covid pandemic and march 2021 designating and independent petitioning period with same level of corona virus infections as 2020 period and 2021 has new variants doubling every 2 weeks which infect vaccined people as in india and britian.

Governor Cuomo while not under investigation signed executive orders that ended petitioning de to covid infection levels in March 2020 but while under investigation but did not in March 2021 when covid infections were at the same levels as the march 2020 levels and two new variants were doubling every two weeks showing no effect from the vaccine efforts. Also a new variant has arrived in Canada from India and presumed to be in the United States which suggests a new pandemic is underway and the corona virus penetrates the brain barrier and causing brain damage which suggests that must be studied and it is best to cease face to face petitioning to remove a vector for infection . The designating petition signature requirement should have been cancelled and signatures requirements lifted for all designating and independent petition requirements.

NYS legislature amended the election laws to reduce the signature requirements by 70 percent for designating petitions but did not equally reduce the independent petitioning number of signatures required. The opportunity to ballot petitioning was eliminated altogether.
Allison Ryan vs Board of Elections made an equal protection claim as well and State of New York acknowledged NYC charter which conducts its own elections under the oversight of board of elections of NYS.
Judge Edmead held a exparte hearing dismissing the OSC while I sat on teams alone for 1 hour. All parties were served by email and email contact links and facebook posts/messaging.

- 3 -

NYC refused to provide the contact info for the candidates listed in caption.

### IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

### V.     Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Seeking an emergency ruling from the court about the equal rights claim of walter iwachiw in time to be included in the printed ballots for the republican primary and general election for mayor and city council for district 26, For the purpose of eliminating the alleged ballot access restriction to fix ballots winners to those willing to work with RICO enterprise.

also ruling across all designating petitions and independent petitions on the above class action claim equal rights under the law.

Had i been given ballot acess in 2001 the WTC attacks may not have happened, based on the bid rigging claims of Walter Iwachiw over the wtc 99 year lease award to silverstein using my time machine for wall street firms expose.

- 5 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this  29   day of         April                          , 20  21  .

Signature of Plaintiff  _Walter Iwachiw_
Mailing Address   48 35 41 street
                  Sunnyside New York 11104
                  walter iwachiw
Telephone Number   3472390965 9294781940
Fax Number *(if you have one)*
E-mail Address    iwachiw2001@yahoo.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff:  _Walter Iwachiw_